### John Downing *against* George Backenstoes.

ASSUMPSIT by the payee of a promissory note, without words of negotiability, in which the plaintiff declared, as on a note within the statute ; and this was the only count in the declaration.

*Caines*, on a general demurrer, confessed, that if the case were to be determined on the English decisions, it would be against him, but if it were *res integra* in this court, he had much to say.

*Per curiam.* The very point was settled in *Green* v. *Long*, *April term*, 1798, in conformity to the adjudications in *Westminster-Hall.* The plaintiff must have judgment.

*[margin:]* ALBANY, August, 1805.

Blasdell v. Hewit.

A promissory note without words of negotiability, may, in an action by the payee against the maker, be declared on as a note within the statute.

### Jackson, ex dem' Robinson and others, *against* Munson.

MARGARET JOHNSON, daughter of Sir William Johnson, who was seised of the premises in question, was, in January 1783, convicted under the act of attainder.* It was decided, that the attainder being after the preliminary articles of peace were signed, was void.

*[margin:]* A conviction under the act, if after the signing the preliminary articles of peace, is void.

* Passed Oct. 1779.